IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH MORGAN,

    Plaintiff,

vs.                                                    Case No.: 4:08-CV172-SPM/WCS

JUSTIN DAVIS ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER ACKNOWLEDGING BANKRUPTCY STAY

THIS CAUSE comes before the Court upon Defendant's notice of bankruptcy (doc. 6). "A debtor who has filed for Chapter 11 bankruptcy enjoys an automatic stay against actions to enforce, collect, assess or recover claims against the debtor or against property of the estate." United States v. White, 466 F.3d 1241, 1244 (11th Cir. 2006)(citing 11 U.S.C. § 362(a)).

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.     This case is **stayed**.

2.     Plaintiff shall file written reports on the status of Defendant's pending bankruptcy proceeding as it relates to this case.

3.     The first written report shall be filed on or before **October 1, 2008**.

4.     Additional written reports shall be filed on the first day of every

January, April, July, and October thereafter.

DONE AND ORDERED this <u>thirtieth</u> day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge